MIGUEL A. ALFARO F-17175
SALINAS VALLEY STATE PRISON
FACILITY A-4 # 111 UL.
P.O. BOX 1050
SOLEDAD, CA. 93960-1060

CASE TITLE: ALFARO V. EVANS
CASE NUMBER: 3:07-CV-05311-SI
FILING FEE OWED: $5.00