

SACRAMENTO CA 957

27 MAR 2008 PM 5 L

MIGUEL A. ALFARO F-17175
SALINAS VALLEY STATE PRISON
FACILITY A-Y # 111 U.
P.O. BOX 1050
SOLEDAD, CA. 93960-1050

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE 16th FLOOR
SAN FRANCISCO, CA. 94102

94102+3661